UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Sherry L. Wetterhahn,

Plaintiff,

vs. ORDER OF DISMISSAL

Associated Financial Services, Inc.,

Defendant. Civ. No. 00-2412 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge James M. Rosenbaum
United States District Court

DATED: February 28, 2001
At Minneapolis, Minnesota

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK